"GREETINGS (AND) RESPECTFULLY"

SAT/SHABBAT –
SEP.02.2023, 4:13 PM

→ PAGE 10 +
RESPECTIVELY FIND → PAGE 9 OF THESE: DOCUMENTS/
FORM(S) → ARE ON THE BACK OF THE PAGES: 4, 5 + 6 OF SO AS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

"☐◦ IGPP U.S.A. INC. ◦☐" + THE GLOBAL PUBLICS OF WITH, ETC...: "☐◦ IGPP U.S.A. INC. ◦☐"

[AND/OR/AS] AL MOSHIR

SINCE, AS; THE: MAJORITIES/ALMOST ALL OF THE GLOBAL PUBLICS AS; THEREFORE AS SAID AS; THE GLOBAL PUBLICS → REFER TO THE SOCIAL MEDIA FOR ALL PARTYS CONFIRMATIONS AS TO; WORKINGS SERVICES (– ETC – ) OF THE: "☐◦ IGPP U.S.A. INC ◦☐"! (S)

Write the full name of each plaintiff

FOR + THROUGH: INTERNATIONAL COURTS, THESE LEGAL DOCUMENTS ARE OF: 12 PAGES OF THROUGH: U.S. COURT – OF U.S. COURTHOUSES, U.S. WIDE,

_____CV_____

(Include case number if one has been assigned)

PUBLIC SERVICES)

-against-

COMPLAINT

① → THE PERPETRATOR (T-MOBILE EMPLOYEE) OF DISCUSSED, THROUGH – ETC –, ADDRESSED, ETC – THESE CORRESPONDINGS COMPLAINTS OF; AS, IN – DATED, OF, AS, IN: ABOVE, OF, AS: SAT/SHABBAT – SEP.02. 2023, 4:13 PM + NYC MAYOR (FOR: NO SIGN OF HIS (HIS) LEAVING (AND) VAS) – REMOVAL YET [OF (AND) AS] + NYC MAYOR (MR. ERIC L ADAMS) ADMINISTRATION + NYS + U.S.A. + ANY (AND) ALL OF HEREBY NOT STATED OF AS ADDED FOR: SHOULD BE!

Do you want a jury trial?
☐ Yes   ☐ No

FIND ISO; AS: ATTACHING AS – ALONG WITH THESE CORRESPONDED (CORRESPONDED) COMPLAINTS OF DATED: SAT/SHABBAT – SEP.02. – 2023, 4:13 PM; THE; SO: AS – ATTACHING DOCUMENTS (WITHIN, ETC...) "☐◦ IGPP U.S.A. INC. ◦☐"

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

OF, AS, FOR, THROUGH, WITH; ADMINISTERED; YET (AND/OR/AS) – THE; RECORDS (AND) DOCUMENTATIONS OF, FOR, AT, IN, WITH, THROUGH, ETC –; THE: – U.S. COURT (AND AS) NYS SD U.S. COURT OF FURTHER YET: IN, FOLLOW UPS. TO, CONCERNING THE "☐◦ IGPP U.S.A. INC. ◦☐"(S) SUCH REGARDINGS STATEMENTS (AND AS TO) MATTERS, SUBJECTS, ETC – OF HAVING HAD BEEN FILED; OF, WITH, THROUGH THE; "☐◦ IGPP U.S.A. INC. ◦☐" – NOTICE → (AND/OR/AS) AL MOSHIR OF THE "☐◦ – IGPP U.S.A. INC. ◦☐"(S) OF WITHIN, ————— → THROUGH THE PAST MONTH!

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

THAT IS (PROBABLY WITHIN; LAST/ – PAST; 2 WEEKS ONLY !!

THE LIST OF WHICH ATTACHING DOCUMENTS IS POSTED ONTO OF AS AVAILABLE AS ON: THE PAGE 8 OF THESE COMPLAINT – FORM CORRESPONDINGS OF THE DATED OF: SAT/SHABBAT – SEP.02.2023, 4:13 PM

REFER TO THE SOCIAL MEDIA

OF: INCLUDING: CONSPIRACIES, OBSTRUCTIONS OF JUSTICES, TAMPERINGS WITH EVIDENCES, TREASONS, ABUSES OF TRUSTS, (AND) AS THE: LIST – GOES –

OTHER (FIRST NAME [OR] LAST NAME) (AS BELIEVED)

AS IN: DESTROYINGS OF THE "RECORDS (AND) DOCUMENTATIONS OF THE IGPP U.S.A. INC."(S) + "AL MOSHIR"(S)! THROUGH: HIS CRIMINAL PRESENCES + ACTIVITIES, BEHAVIORS, ETC –

Rev. 1/9/17

101 AVENUE + 118 STREET, SOUTH RICHMOND HILL, NEW YORK: THE T-MOBILE GUY!

RELIEF → 250 YEARS PRISON/JAIL/INCARCERATION TIME (+) ONE (1) MILLION DOLLARS FOR HIS DESTROYINGS OF THE COURT SYSTEMS, JUSTICES, DOJ & SYSTEMS OF

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?   *REFER TO / HAS [OR] HAVE, TO; BE (AND) HAVE BEEN REFERED TO THE; IN SUCH REGARD RELATED ONES.*

☐ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B. If you checked Diversity of Citizenship   *REFER TO / HAS [OR] HAVE, TO; BE (AND) HAVE BEEN REFERRED TO THE; IN SUCH REGARD RELATED ONES (OF, FOR, AS (AND) IV;*

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)    *STANDINGS*

   *WITH/ IN (WITH, IN, THROUGH)*
_____    *"☐ IGPP U.S.A. INC. ☐ ☐" ('s)*
(State in which the person resides and intends to remain.)   *[AND/OR/AS] THROUGH;*

or, if not lawfully admitted for permanent residence in the United States, a citizen or    *"AL MOSHIR" ('s)*
subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

①THIS PAGE IS: CONSIDERED (AND) TO BE CONSIDERED, AS BOTH PAGES OF: 3 OF 12 (AND/+) 4 OF 12, OF THE ☐OIGPP U.S.A. INC.O☐"'S(-AND/OR/AS) AL MOSHIR'S: CORRESPONDINGS OF DATED: SAT/SHABBAT-SEP.02.2023, 4:13PM, WHICH IS TO BE (AND) HAVE BEEN, REFERRED TO THE SOCIAL MEDIA OF FOR (AND) OF AS TO THE REASONS OF!

② THIS PAGE INCLUDES THE INFORMATION THAT, AS WOULD BE ON THE PAGE 3 OF 12; TO, OF THE/THESE, ABOVE STATED, ADDRESSED CORRESPONDINGS/- CORRESPONDEDS OF AS DATED:- SAT/SHABBAT-SEP.02.2023, 4:13PM,

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: → REFER (AND AS) HAS [OR] HAVE, TO: BE (AND) HAVE BEEN, REFERRED TO THE FACTS (AND/OR/AS) PAGE 1 OF 12 (- AND/OR/AS) THE ANY AS RELATED AS BEINGS OF AS TO AS HAVING BEEN PART(S) OF THESE CORRESPONDINGS COMPLAINTS COMPLAINTS.

First Name ___ Last Name ___

Current Job Title (or other identifying information) ___

Current Work Address (or other address where defendant may be served) ___

County, City ___ State ___ Zip Code ___

~~Defendant 2:~~

First Name ___ Last Name ___

Current Job Title (or other identifying information) ___

Current Work Address (or other address where defendant may be served) ___

County, City ___ State ___ Zip Code ___

Defendant 3:

First Name ___ Last Name ___

Current Job Title (or other identifying information) ___

Current Work Address (or other address where defendant may be served) ___

County, City ___ State ___ Zip Code ___

OF, FROM, FOR: PAGE 3 OF 12: FOR THE DEFENDANT(S)' NAME(S) [AND/OR/AS] INFORMATION(S) [HAVING BEEN CREATED OF THE WORD OF "INFORMATIONS" AF, AS, IN, FOR PLURAL TO THE WORD OF /ENGLISH WORD OF;- INFORMATION (BY THE WAY)] SO FOR THE SUCH AS DEFENDANT(S)' NAME(S) [AND/OR/AS]- "INFORMATIONS/INFORMATION(S)" → REFER/HAS (OR) HAVE, TO BE REFERRED,- TO THE: PAGE ONE (1) OF TWELVE (12) OF INCLUDING THROUGH SOCIAL- MEDIA: RECORDED (AND) DOCUMENTED "☐O IGPP U.S.A. INC.O☐"'S (AND/OR/AS)- AL MOSHIR'S/"☐O IGPP U.S.A. INC.O☐"'S (AND/OR/AS) AL MOSHIR'S RECORDED (AND) DOCUMENTED LEGAL MATERIALS (OF SO AS MANY OTHERS) SO AS HEREIN OF; FOR (AND) INCLUDING: THE ONES- OF THE SAID; OF, AS: SAT/SHABBAT-SEP.02.20<s>2</s>23 (2023), 4:13PM ('S), → WHILE YET AS WELL AS THOSE- OF, FOR THE: PLAINTIFF'S.

FACTS (IN: ATTACHMENTS, OF, TO) WHILE, AS, THROUGH (AND) FOR, OF, ETC...:
AS BELOW HIS: CRIMINAL →S [OF IN (AND AS) OF THROUGH
AS ON THIS PAGE. ONLY ONE(1) CRIMINAL AS, OF, FOR: MANY CRIMINALS IN ONE(1)]

SO AS THROUGH HIS; CRIMINAL: PRESENCES + ACTIVITIES, – BEHAVIORS, ETC...
OF THE BELOW ADDRESSED T-MOBILE('s)–

Defendant 4: ~~First Name~~ ~~Last Name~~  REPRESENTATIVE, AGENT, ASSOCIATE, EMPLOYEE, ETC...

FACTS (IN: ATTACHMENTS) ARE CONTINUED, AS FACTS ARE ALSO AVAILABLE AS; STATED, ADDRESSED, ETC...
SO OF AS ON: PAGE 9 OF __ + PAGE 10 OF __ OF; THESE LEGAL DOCUMENTS!

~~Current Job Title (or other identifying information)~~
~~Current Work Address (or other address where defendant may be served)~~
~~County, City~~ ~~State~~ ~~Zip Code~~

### III. STATEMENT OF CLAIM

Place(s) of occurrence: T-MOBILE STORE / LIBERTY AVENUE [BY/AT THE; CORNER OF: 118 STREET (SOUTH EAST CORNER)], SOUTH RICHMOND HILL, NEW YORK, 11419, U.S.A.

Date(s) of occurrence: OF, WHILE, AS (AND) THROUGH THE WHOLE WORLD → REFER TO THE SOCIAL MEDIA FOR SUCH: RECORDS (AND) DOCUMENTATIONS;
FACTS: SHOULD IT NOT; BE / HAVE BEEN: FOUND HERE: _____

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

→ OF INCLUDING: OBSTRUCTIONS OF JUSTICES DEPARTMENTS, OBSTRUCTIONS OF JUSTICES SYSTEMS, OBSTRUCTIONS OF COURTS SYSTEMS AND AS THROUGH ITS OPERATIONS → INTERNATIONALLIES + DOMESTICALLIES OF THE U.S.

THROUGH, OF, AS, WITH; CONSPIRACIES, OBSTRUCTIONS OF JUSTICES, HATE CRIMES,
AS OF WITH (AND) THROUGH IGPP U.S.A. INC.'S GLOBAL POPULATION'S
SEVERAL OF DIFFERENT PARTIES' ABUSES OF TRUSTS, TAMPERINGS WITH EVIDENCES,
AS OF THE WORLD'S ABUSES OF POWER, FALSE PRETENCES, MALPRACTICINGS, INSTIGATIONS, CONTEMPTS OF COURTS, MALICIOUS MISCHIEVES, (PROCESS(ES(INGS)) AND PROCEEDING(S) ETC...)
INTERFERINGS IN THE BUSINESSES + OPERATIONS OF THE BUSINESS OF AS
IN INTERFERINGS WITH / YET (AND) SO AS TRESPASSINGS FURTHER YET OF
AS ANY (AND) ALL OF THE HERE: BY, IN, THROUGH: OF, FOR, WITH, ETC...; NOT:–
ADDRESSED, SAID, DISCUSSED, STATED, LISTED OF, FOR THE: SUB CATEGORY
INTO THE
THROUGH, OF, ETC...: THE CRIMINAL / AS CATEGORY OF, IN, WITH, THROUGH, AS, ETC...
(CRIMINAL CODE)
LAW!

SO AS THE T-MOBILE EMPLOYEE, ASSOCIATE, AGENT, ETC...
BELIEVED OF THE FIRST NAME OF AS PERPETRATOR (WHILE; IN, FOR: PERPETRATIONS)
(OR) OF THE FIRST (LAST) NAME OMAR (AS SO AS: PROVIDED TO US, ETC... OF BY: ANOTHER
MOBILE'(S) ASSOCIATE, AGENT, ETC.
OF AS THE SAID OMAR'S FELLOW ASSOCIATE, ETC... (T-MOBILE'S) SO AS BY: NICHLAS / MR.
NICHOLAS, AS HAS BEEN: PROVIDED TO, DISCLOSED TO THE: "DO IGPP U.S.A. INC. 00"
(AND AS) TO THE "AL MOSHIR" OF THE, "DO IGPP U.S.A. INC. 00"(S)
THROUGH THE
SO AS FOR THE NAME OF THE SAID OF FOR YET TO BE SAID OF
THE: OMAR(S) / SUCH OMAR(S) / MR. OMAR(S) / SUCH MR. OMAR('S)]

THROUGH, IN, FOR, TO: FACTS: → NEXT PAGE (PAGE: 9) → NINE(9) AS CONTINUED AS ON WITH IN THE SUCH REGARDS OF

THIS PAGE IS CONTINUED
: OF FROM: PAGE NINE (9)/FACTS
↓
WHILE (AND) AS; WHICH; PAGE NINE (9) /WHILE; PAGE NINE(9)/AS;
SO PAGE NINE(9)- ITSELF IS CONTINUED /ALSO; PAGE NINE(9) FACTS
OF FROM: PAGE FIVE (5)
⇓

THIS IS PAGE TEN (10) OF 12 FOR THE "□□ IGPP U.S.A. INC. □□" IN THE CORRESPONDEDS OF DATED: SAT/SHABBAT_ SEP.02.2023, 4:13 PM

SO; BUT (AND) WHILE: HE {THE; SAID; T-MOBILE('S) :AGENT,- ASSOCIATE, EMPLOYEE, REPRESENTATIVE, TRUSTEE, ETC...} HAS ONLY: DISREGARD(EDLIES/INGLIES), IGNORANTLIES, INDIFFERENTLIES, ETC... KEPT ON: CARRYING ON, GOING ON [UNTIL HE HAS HANDED BACK- THE (HIM) HAVING BEEN TRUSTED, ETC... REFERRED TO {OF AS (AND) ON BEHALF OF ETC... (ETC...): T-MOBILE('S)], ETC... SO AS HE HAS BEEN WAS (AND/OR/AS) HAS BEEN TRUSTED WITH, REFERRED TO, ETC... OF FOR THE "□□ IGPP U.S.A. INC. □□"'S- (EQUIPMENT (EQUIPMENT), FILES, OPERATIONS {WHILE, THOUGH, EVEN, AS; IN PART(S)}, ACTIVITIES, ORGANIZATIONS, ETC... SERVICES, ETC... YET OF AS; IN (AND) THROUGH) ESSENC(IMIS), PROVISIONS; ETC... PROVIDINGS, ETC... APPLICATIONS, ETC... APPLYINGS, ETC... ESSENCES, MAJOR(S), ETC... OF THE INVOLVINGS OF THE: PRIVATE SECTOR, SENSITIVE, ETC... FUNDAMENTAL, ETC... PUBLICS' SECTOR, ETC... {AS FOR ANY OTHER ONE(S)- INFRUSTRUCTURAL, ETC... OF FOR: WHILE (AND/OR/AS) SHOULD (AND/OR/AS) WHILE:- IN; MATERIALS, ITEMS, ETC... NOT HAVING BEEN; STATED (OF HERE: IN, BY, THROUGH; SO; BESIDES OF- (AND/OR/AS) INTO, WITH, THROUGH THE EFFECTS OF THE; ADDRESSED, STATED, REFERRED TO, ETC... FOR, IN, ETC... OF THE/AS THE: SECTORS OF THE '{:)- PRIVATE [PRIVATE] ('S)[AND/+]] PUBLICS('S) → (') [OF, WHILE, FOR, AS, TO, IN, WITH;- THROUGH, WITHIN, ETC...] NON PROFIT {+/AND OR AND/+) PROFIT (AND/+ OR- -+/AND) NON PROFIT (AND SO: AS, OF, FOR, THROUGH) → IN, WITH, ETC...) THE; DEVICE/- DEVICE (AND) EQUIPMENT/EQUIPMENT/DEVICE IN EQUIPMENT/EQUIPMENT IN DEVICE;- EQUIPMENT (AND) DEVICE/EQUIPMENT DEVICE/DEVICE EQUIPMENT, ETC...; OF THE, THROUGH THE: "□□ IGPP U.S.A. INC. □□" (IN), "□□ IGPP U.S.A. INC. □□"'S (AND/OR/AS) "AL MOSHIR"'S - (AND/OR/AS) "AL MOSHIR'S OF THE "□□ IGPP U.S.A. INC." ('S) SO, AS THE DEVICE OF THE; "SAMSUNG GALAXY NOTE 20 ULTRA"!
T-MOBILE GUY

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

REFER TO/HAS [OR] HAVE TO BE TO THE PREVIOUS ONES, AS, WHILE: SAME AS WOULD BE AS HAVING BEEN OF SO AS UNLESS ANYTHING NEW [OR] → AS IN ADDITIONS SO AS WOULD BE OF AS TO THE: PREVIOUS, EXISTING ONES (UNLESS ADDRESSED OTHERWISE) [OR] SO AND THERFORE AS IN LIEU'S REPLACEMENTS OF THE PREVIOUS ONE(S) IN: SUCH/THE/THE SUCH: TERM(S) OF AS ADDRESSED AS-WOULD BE ADDRESSED.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

① → AGAINST THE PERPETRATOR (ADDRESSED, ETC...: T-MOBILE CONCERNING EMPLOYEE OF, AT, THROUGH: T-MOBILE('S) TELECOMMUNICATION CAREER STORE('S) OF, WITH; THE: LOCATION (AND/OR/AS) ADDRESS, OF: _____ LIBERTY AVENUE, SOUTH RICHMOND HILL, NEW YORK, 4419, U.S.A. (OF, AS, WHILE; AT THE:_ CORNER OF 118 STREET, → 250 YEARS OF: PRISON/JAIL/INCARCERATIONS + - ONE (1) MILLION ↳ UNITED STATES OF AMERICANS/AMERICA:_ DOLLARS/IN DOLLARS! → NON NEGOTIABLE [OR]

② → THE ONE(1) MILLION DOLLARS OF IN-MONETARY DAMAGES + TWO HUNDRED (AND) FIFTY (250) MILLION DOLLARS/ONLY/NOT MORE- LIEU OF (FOR) THE: $250 (MILLION)_ THAN OF SO AS IN SUCH LIEU. IN SUCH

→ ON PAGE: 12 OF _ AS CONTINUED OF, FI FOR, IN: RELIEF, → (GO TO PAGE: 12 OF _ ) → THANK YOU ... →

AS AMOUNT AS SAID AS: NON-NEGOTIABLE

Page 6 of 12

THIS PAGE IS CONTINUED
OF FROM: PAGE 5 (FIVE) / FACTS:

THIS IS PAGE NINE → (9) OF 12

FOR THE "☐O IGPP U.S.A. INC.O☐" IN THE CORRESPONDEDS OF DATED: SAT/SHABBAT SEP. 02. 2023, 4:13 PM

YET WHILE THE; SAID, REFERRED TO; COULD BE/AS; FIRST NAME OR LAST NAME OF, AS, IN; OMAR IS; A PART OF / THE PART OF, THE; WHOLE/COMPLETE/FULL NAME OF THE CONCERNING PERPETRATOR (AS, WHO): HAS DESTROYED THE MONTHS (AND) MONTHS, OF THE ACCUMULATED [ FOR THE UTMOST CONTRIBUTIONS, ETC... (AND) FOR THE BEST BEINGS OF THE GLOBAL POPULATIONS /SAFE GUARDED WHILE, YET; OF; THROUGH THE STATES ACCUMULATED (AND/+) AS SAFE GUARDED (AND/+) AS STORAGED, ETC... [SELFLESSLIES, IGERLIES, ADMINISTERDLIES, ADMINISTRATEDLIES, SACRIFICINGLIES, DEDICATEDLIES, PROFESSIONALLIES RELATED (AND) CONCERNINGS OF INCLUDING OF FOR (AND) IN: JUSTICES SYSTEMS OF AS SCROPULOUSLIES OF AS DISTRESSEDFULLIES, ETC..., ETC.... OF MAINTAINED UPON CONCERNINGS CRIMINAL INCIDENTS OF EACH AS THROUGH FOR HAVING BEEN DRAFTED AS INTO OBTAINED; OF, WITH, AS, IN: RECORDS (AND) DOCUMENTATIONS, ↓ OF SO AS UPON THE SUCH CONCERNINGS [APPS, ETC..., ETC...] INVOLVINGS; SAID, ADDRESSED, DISCUSSED; AS OF WHILE YET BEING FOR AS HAVING BEEN; TRUSTED (AS, FOR, IN, WITH, THROUGH, WITHIN, ETC...) T-MOBILE TO (AND) > (AND/+/AS) REPRESENTATIONS, IN REPRESENTATIONS; OF; THE; T-MOBILE TO PROVIDE A SERVICE AS HE HAS TAKEN THE; DEVICE OF THE; SAMSUNG GALAXY NOTE 20 ULTRA INTO HIS POSSESSIONS FOR A QUICK SIMPLE SHOWING OF HOW TO... SERVICE (KIND OF SO AS LET'S CALL IT YET A SERVICE) SO AS HE HAS DESTROYED IT ALL, OF WHILE: FIRST → HE HAS TAKEN THE, GADGET/DEVICE OF THE ADDRESSED (RATHER THAN FROM THE "ENTITIES OF AL MOSHIR" OF THE: "☐O IGPP U.S.A. INC.O☐"('S) [RATHER THAN JUST SHOWING WHILE THE (PHONE/GADGET/ DEVICE HAS BEEN WITHIN THE: HANDS (AND) SO; THE; POSSESSIONS (SMART)/GADGET/ OF THE SUCH SAID AL MOSHIR('S), SECOND → HE HAS BEEN SAID TO (BY, THROUGH THE SUCH ALSO ADDRESSED OR ADDRESSED ALSO AL MOSHIR/ALI MOSHIR/AL MOSHIR) TO: SLOW DOWN (AND) SO: AL MOSHIR COULD: SEE + LEARN + MEMORIZE OF; WHILE AS, FOR; HE: HAS BEEN / HAD BEEN / WAS: GOING AT THE SPEED OF LIGHT (THAT IS: SPEEDY, FAST, RAPID, PHONE), THIRD → AGAIN HE (THE; SAID, ADDRESSED: OMAR) (FOR ONE TO BE JUST GOING THROUGH A T-MOBILE HAS BEEN REMINDED OF THE SAMETHING (FOR THE 2ND TIME) (BY THE SAID, ADDRESSED: AL MOSHIR)

THE ATTACHING TO: THESE "☐O IGPP U·S·A·INC·O☐" (AND/OR/AS) —
LEGAL DOCUMENTS [DATED: SAT/SHABBAT - SEP. 02.2023, 4:13 PM] AL MOSHIR'S ] CORRESPONDEDS OF, WITH, —
CONSIST OF THE ITEMS OF LISTED ON THE BACK OF THIS PAGE! NYS SD U.S. COURT/U.S. DISTRICT COURT COMPLAINTS, — OF THESE SAID CORRESPONDEDS

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: (WELL WISHINGS, RESPECTS, REGARDS, BESTS.)

Plaintiff's Signature: WED - SEP. 06. 2023, 7:35 AM + 7:30 AM
IGPP U·S·A·INC.
MOSHIR, A·V

ALSO ON/FOLLOWED BY, AS ON: PAGE 8 OF 12 (EIGHT OF TWELVE)

First Name: "☐O IGPP U·S·A·INC.O☐" (AND/OR/AS) AL
Middle Initial: MOSHIR
Last Name:

Street Address: C/O HONORABLE, MADAM, CHIEF JUDGE. LAURA TAYLOR SWAINE
500 PEARL STREET, SUITE #: C-17

County, City: NEW YORK, NEW YORK, 10007, U·S·A.
State:
Zip Code:

Telephone Number:
Email Address (if available):

AGAIN: PARDON THE ABOVE HAVING TURNED OUT TO LOOK AS A PISTOL, /E/c...

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

PARDON: ANY/THE/ANY: APPEARANCE(S) [AND/OR/AS] INCONVINIENCE(S) _
OF ANY NATURE(S) OF, AS, FOR, THROUGH, DUE TO
THE/ANY AS RELATED TO THE [INCLUDING -
SHOULD BE ANY IN FUTURE(S)] AS OF THESE/AS OF THESE AS IN, WTH, ETC...
YET; OF; AS WELL AS: THOSE/ANY OTHER ONES, OF SO AS BESIDES
HERE: IN SAID OF THESE ONES OF THE TIMED DATED OF (—
AND/OR/AS) INTO, FOR; BEING: SIGNATURED.
ONES OF DATED: SAT/SHABBAT - SEP.02.2023, 4:13PM

Page 7 OF 12

THE LIST OF THE ATTACHING (TO; THESE / THE: "☐○IGPP U.S.A.INC.○☐"'s CORRESPONDEDS OF DATED: SAT(SHABBAT)-SEP.02.2023, 4:13 PM

SO THE ATTACHING- LEGAL DOCUMENTS CORRESPONDEDS (OF- AS SAID OF AS ON: PAGE 7 OF THE ABOVE SAID OF AS- THESE CORRESPONDEDS OF DATED: SAT/SHABBAT-SEP.02.2023, (4:13PM) (4:13PM)

THEREFORE (AND) SO; IS THE LIST, AS IN THE FOLLOWING AS BELOW AS:

① → ANY (AND) ALL OF WHAT SHALL BE (BY: FIVE (5) YEARS FROM THE BELOW TIME(D) OF THE DATED SIGNATURE(D)]

SO AS SHALL BE (INCLUDING AS COULD BE / WOULD BE / COULD BE OF, THROUGH: PHOTO COPY(S)/

OF FOR AS, INTO THE / MADE INTO THE, RECEIPTS OF; THE / ANY: U.S. COURT (YET: INCLUSIVE/- INCLUDING, OF AS, THE; NEW YORK STATE(S) [NYS(S)] SOUTHERN DISTRICT(S) UNITED STATES- DISTRICT COURT(S) OF AT: 40 FOLEY SQUARE, NEW YORK, NEW YORK 10007 U.S.A.

WED-SEP.06.2023, 8:19 AM (8:23 AM) ← IGPP U.S.A.INC. MOSHIR,AJ

OF; NOT; STATED,ETC... THROUGH; IN, ANY (AND) ALL OF HERE; BY/ WITH THE MEMBERS OF UNITED- NATIONS SECRETARY AS ALONG

(SHOULD THERE BE ANY)

U.S. (AND/OR/AS) NYS ATTORNEY(S) GENERAL × /OR INTERNATIONAL COURT(S) × /OR × /OR

T-MOBILE GUY'S CASE



THIS IS PAGE "NINE (9)" A.ENC. OF [AND/OR/AS] - AL MOSHIR('S) OF DATED: SAT/SHABBAT_SEP.02.2023, 4:13 PM

SO (AND) THEREFORE; SHALL: CLARIFY (AND /OR/AS) STATE, - ADDRESS, ETC--- OF, WITH, THROUGH, ETC---; THE; - INTERNATIONAL COURTS! (MEAN WHILE OT FOR WHICH ALSO CAN BE REFERED TO THE SOCIAL MEDIA!!) YET WHICH, THAT, AS SO; WELL:

AS APPLIES THE SUCH AS TO ANY (AND) ALL ITEMS OF, FOR, AS, - IN ATTACHMENT(S) TO THE/THESE ONES OF THE DATED; - OF: SAT/SHABBAT_SEP.02.2023, 4:13 PM('S) FOR, OF, IN, - THROUGH: WHICH (DIRECTEDLY[S]) ATTACHMENT(S) THERE (SHOULD BE, WOULD BE) - NO: CONNECTION(S), CONCERNING(S), REGARDING(S), REFERENCES AS SPECIFICALLY(S) OF FOR SO AS THROUGH THE/THESE DATED OF [AND/OR/AS] THE/THESE ONES OF THE DATED IN, FOR, OF, AS; - SAT/ [SHOULD BE & WOULD BE {SHOULD BE (AND) WOULD BE}] OF, WITHOUT, - WITH NO: CONNECTION(S), REFERENCE(S), CONCERNING(S), REGARDING(S) SPECIFICALLY(S) TO ANY OT → [SO; OF; DIRECTLY[S]] TO ANY OF ITS↑ ATTACHMENT(S)/ATTACHING(S), OF THE SAID ONES OF THE - DATED AS: SAT/SH (WHILE EACH (AND)) → WHILE, AS (AND) FOR; EACH (AND) EVERY: STATEMENT (- FACT (AND/OR/AS) AS → AND/OR/AS) - RELIEF FOR IS IN; RELATIONS, REGARDINGS, CONCERNINGS, CONNECTIONS/CONNECTINGS, RESPECTS, MATTERS, ETC --- OF SO AS TO; ONE AND THE OTHER/ONE ANOTHER/EACH OTHER, - ETC ---, OF, YET (AND) WHILE, AS PREVIOUSLY AS HAVING BEEN ADDRESSED (AND/OR/AS) SOMEWHAT ADDRESSED!

#(2) → 7 FOR: FROM ANY DATE(S) AS: HAVING BEEN FOR BEING (AND) BEING FOR HAVING BEEN; AS, ANY; PREVIOUSLY(S); SAID, ADDRESSED, STATED, ETC---; UP TO - FIVE (5) YEARS OF, FOR; CONCERNING, REGARDING(S), REFERENCE(S) REFERRING(S), SO OF AS TO THE (AND/OR/AS) ANY PART(S) OF THE: CORRESPOND [ENCE(S)/ED(S)/ING(S)] OF THE: EACH ENTITIES OR BOTH SET - OF EACH ENTITIES OR/AS BOTH OF EACH ENTITIES OF THE: "COIGPP U·S·A·INC."] [AND/OR/AS] AL MOSHIR HERE OF IN, AS NOTIFIED SO HAS BEEN/HAVE BEEN AS IN - ADVISED YET FOR, WITH, AS, IN, THROUGH UPDATED(S) FOR AS THEREFORE; OF, WITH, - THROUGH, IN, AS, ETC---; FIVE (5) YEARS (OF, FROM, WITH, THROUGH) THE/THESE - ONES OF THE DATED IN TIMED AS SIGNATURED, AT OT/OF AT, THE END OF BEGINNING WHICH IS - DATED OF: SAT/SHABBAT-SEP.02. 2023, 4:13 PM.

#①→ THIS IS PAGE 11 OF 12 OF "☐◯IGPP U.S.A. INC.◯☐"('s) (AND/OR/AS) AL MOSHIR'S OF DATED: SAT/SHABBAT-SEP.02.2023, 4:13 PM

IN; REGARDS (AND) EXHIBITIONS/EXHIBITIONS (AND) REGARDS, CONCERNINGS, FOLLOW UPS, FOLLOWINGS, ETC...

OF; WITH (AND) TO / TO (AND) WITH; THE/ANY (AND) ALL OF THE;

STATED, ADDRESSED, SAID (SAID), ETC... (AND) NOT HAVING BEEN (OR AS /-AS OR) NOT HAVING YET BEEN (OR AS/AS OR) SHOULD YET BE [AT ANY-FUTURE; TIME(S) [AND/OR/AS] POINT(S)]

WHILE (AND) AS; THEREFORE [HERE; IN, BY (AND) THROUGH] NOT HAVING BEEN: STATED, ADDRESSED, SAID, ETC... BEEN; STATED, ADDRESSED, SAID, MENTIONED, REFERRED TO, ETC... %/AS (OF AS) TO FOR HAVING THEREFORE OF SO AS; IN; EXHIBITIONS (AND) REGARDS, CONCERNINGS, FOLLOW UPS WITH, FOLLOWINGS, ETC...; OF FOR AS IN/OF AS FOR IN; THE; RELIEF/RELIEVE(S) OF AS IN; ANY (AND) ALL [OBVIOUSLIES INCLUDINGS THE/ONE(S) OF HERE;- IN, BY, THROUGH; THE/THESE: "☐◯IGPP U.S.A. INC.◯☐"'S INTERNATIONAL- COURTS OF AS THROUGH THE: NYS SD U.S. COURT/40 FOLEY SQUARE, NEW YORK,- NEW YORK, 10007, U.S.A. [FOR, AS; "☐◯IGPP U.S.A. INC.◯☐"'S (AND/OR/AS)- "AL MOSHIR"'S] OF SO AS OBVIOUSLIES INCLUDINGS THE/ANY ONE(S) OF HERE;- IN, BY, THROUGH; THE/THESE: CORRESPONDINGS COMPLAINT(S) IN FORM(S) [IN; THE; FORM(ED→D/ED/DS/EDS)/W; FORM(S/D/DS/ED/EDS)] %; FOR, AS, WITH,- WITHIN, THROUGH, IN THE DATED(S) OF, AS, IN, WITH, TO, THROUGH, ETC...; SAT/SHABBAT-SEP.02.2023, 4:13PM('S)! SO (AND) THEREFORE;- REFER TO (AND AS) HAVE TO [OR] HAS TO; BE REFERRED TO (AND AS) HAVE BEEN [OR] HAS BEEN REFERRED TO; THE; INCIDENT/YET INCIDENT OF, THE;- BETWEEN; 2:50AM (+/AND) 2:56AM → WED-SEP.06.2023 OF; WHILE/ AS WELL AS THOSE OF BETWEEN; AT LEAST; 3:00AM + 4:30AM (AT LEAST)→ WED-SEP.06.2023 AND 5:00 AM +5:40 AM AS WHILE, OF (FOR WHICH ITSELF) OF HERE; IN, BY, THROUGH: HAS/HAVE-TO; BE (AND) HAVE BEEN; REFERRED TO THE SOCIAL MEDIA!! ↑ ALL THE 12 AM TO: 6:50AM

#②→ DUE TO THE; EXTENUAT(ED/ING)(EDS/INGS), ETC..., ETC...,
DISASTEROUS, ETC..., ETC... SITUATION(S), CIRCUMSTANCES, ETC...; THEREFORE YET ANY THROUGH SUCH SAID, ETC... ONES OF THE DATED: SAT/SHABBAT-SEP.02.2023,4:13 PM('S) NOT: ATTACHED, PROVIDED, ETC... OF AS SAID FOR; TO BE/BEING/- 9:00AM HAVING BEEN/TO HAVE BEEN, THEREFORE; SHALL; BE (AND/OR/AS)- HAVE BEEN (WITHIN/UPTO; 5 YEARS OF FROM THE; DATE(D) OF/- DATED ONES OF; THE: SAT/SHABBAT-SEP.02.2023, 4:13 PM('S)] [WHILE/AND/OR/AS] HAVING BEEN/ARE [FIND/TO BE FOUND/- TO HAVE BEEN FOUND](IN; ROUGH NOTE(S)]→ OF, THOUGH: LEGIBLE (AS- MUCH AS POSSIBLE OF AS; INCLUDING; FOLLOW(ING) THE ARROW(S), ETC... WHICH; THE; EACH (AND/OR) BOTH, OF THE "☐◯IGPP U.S.A. INC.◯☐"- (ENTITIES) SET OF ENTITIES (AND/+) "AL MOSHIR OF "→ NEXT PAGE→